**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 97-6891**

─────────

STEPHEN MARK BISHOP,

Petitioner - Appellant,

versus

JAMES FRENCH, Warden of Central Prison;
FRANKLIN FREEMAN, Secretary of North Carolina
Department of Correction; NORTH CAROLINA
ATTORNEY GENERAL,

Respondents - Appellees.

─────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Sr., District Judge. (CA-96-771-2)

─────────

Submitted: January 30, 1998        Decided: March 20, 1998

─────────

Before WIDENER and MICHAEL, Circuit Judges, and HALL, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Stephen Mark Bishop, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Bishop v. French, No. CA-96-771-2 (M.D.N.C. May 22, 1997). We also deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2